**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01839-REB-MJW

LNC COMMUNITIES II, LLC, formerly known as Genesee Communities II, LLC, successor by merger to GENESEE COMMUNITIES II, INC., et al.,

    Plaintiffs,

v.

AMERICAN SAFETY RISK RETENTION GROUP, INC., et al.

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is defendant's **American Safety Risk Retention Group, Inc.'s Response To OSC of July 27, 2011** [#14][1] filed July 28, 2011. Based on defendant's response, I find that the Order should be discharged.

**THEREFORE, IT IS ORDERED** that my **Order To Show Cause** [#13] filed July 26, 2011, is **DISCHARGED**.

Dated August 1, 2011, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      *Bob Blackburn*
                                                      Robert E. Blackburn
                                                      United States District Judge

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.